UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PRINCE JONES, | 1:09-cv-01310-GSA (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | and |
| ROBERT MCFADDEN et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FCI FLORENCE |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se in this civil action, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. FCI Florence is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis is GRANTED;

1     **2. The Warden of FCI Florence or his designee shall collect payments from**
2 **plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding**
3 **month's income credited to the prisoner's trust account and shall forward those payments to**
4 **the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with**
5 **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**
6 **the Court. The payments shall be clearly identified by the name and number assigned to this**
7 **action.**
8     3. The Clerk of the Court is directed to serve a copy of this order and a copy of
9 plaintiff's in forma pauperis application on the Warden of the FCI Florence, at FCI Florence,
10 Attention: Trust Account, P.O. Box 6500, Florence, CO 81226.
11     4. The Clerk of the Court is directed to serve a copy of this order on the Financial
12 Department, U.S. District Court, Eastern District of California, Fresno Division.
13
14     IT IS SO ORDERED.
15     Dated:   **July 31, 2009**                    /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28